**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BRIDGEPORT PAIN CONTROL CENTER, LTD., on behalf of itself and a class, | ) ) ) ) | |
| | ) | 08 C 560 |
| Plaintiff, | ) ) | |
| v. | ) ) | Judge Grady Magistrate Judge Ashman |
| | ) | |
| DOCTOR'S ASSISTANCE CORPORATION, and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF FILING**

**TO:**   Please see certificate of service.

    **PLEASE TAKE NOTICE** that on January 29, 2008 we caused to be filed with the clerk of the United States District Court for the Northern District of Illinois, the following document: **AMENDED COMPLAINT - CLASS ACTION**, copies of which are attached hereto and hereby served upon you.

                                                               s/ Daniel A. Edelman
                                                                Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Daniel Edelman, certify that on January 29, 2008, I caused a true and accurate copy of the foregoing document to be sent out via U.S. Mail to be served upon the party listed below via hand delivery by process server.

Doctor's Assistance Corporation
c/o Richard Price, registered agent
7252 University Ave.
La Mesa, CA 91941

                                                    s/ Daniel A. Edelman
                                                    Daniel A. Edelman