IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIDGEPORT PAIN CONTROL CENTER, LTD., on behalf of itself and a class, ) ) ) ) | |
| Plaintiff, ) | 08 C 560 |
| ) | |
| v. ) | Judge Grady |
| ) | Magistrate Judge Ashman |
| DOCTOR'S ASSISTANCE CORPORATION, and JOHN DOES 1-10, ) ) ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Bridgeport Pain Control Center, Ltd. respectfully gives notice pursuant to Fed. R. Civ. P. 41(a)(i) of voluntary dismissal of its individual claims without prejudice and without costs. Plaintiff has been unable to effect service on defendant. Accordingly, defendant has not filed an answer or motion for summary judgment and thus, good cause exists to voluntarily dismiss plaintiff's individual claims without prejudice and without costs.

Plaintiff respectfully requests that the Court dismiss the class claims alleged in the complaint without prejudice and without costs. Plaintiff has not filed a motion a motion for class certification and there has been no publicity regarding this case which would cause a putative class member to believe that his or her claim against Defendant was being prosecuted by the Plaintiff. Therefore, good cause exists for excusing notice to the putative class in light of the voluntary dismissal of this action.

1

>Respectfully submitted,
>
>/s/   Heather Kolbus
>Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)