**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BRIDGEPORT PAIN CONTROL CENTER, LTD., on behalf of itself and a class, | ) ) ) ) | |
| | ) | 08 C 560 |
| Plaintiff, | ) ) | Judge Grady |
| v. | ) ) | Magistrate Judge Ashman |
| DOCTOR'S ASSISTANCE CORPORATION, and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF FILING**

**TO:**   Please see certificate of service.

    **PLEASE TAKE NOTICE** that on March 17, 2008, we caused to be filed with the clerk of the United States District Court for the Northern District of Illinois, the following document: **NOTICE OF VOLUNTARY DISMISSAL**, copies of which are attached hereto and hereby served upon you.

                                                       /s/ Heather Kolbus
                                                         Heather Kolbus

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

    I, Heather Kolbus, certify that I had a copy of the foregoing document sent on March 17, 2008, by United States Mail to the party named below:

Doctor's Assistance Corporation
3802 Rosecrans St. #449
San Diego, CA 92110

                                                /s/ Heather Kolbus
                                                Heather Kolbus